[No. 21590-3-III.   Division Three.   December 9, 2003.]

FRIENDS OF SWINYARD PARK, *Appellant*, v. THE CITY OF DEER PARK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-03780-6, Gregory D. Sypolt, J., entered October 25, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21635-7-III.   Division Three.   December 9, 2003.]

*In the Matter of the Marriage of* LAURIE J. WILSON, *Appellant*, and GREGORY J. WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 01-3-00028-6, Ellen K. Clark, J., entered November 5, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 28147-3-II.   Division Two.   December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GOMEZ-DURAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03944-1, Kitty-Ann van Doorninck, J., entered November 14, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28338-7-II.   Division Two.   December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. ROBTOY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00050-5, Leila Mills, J., entered January 4, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.